1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR14-0354RSM |
| Plaintiff, | ) ) | |
| v. | ) ) ) | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE & EXTEND PRETRIAL MOTIONS DEADLINE |
| ROGER LEE NORMAN, | ) ) | |
| Defendant. | ) ) | |

The Court has considered the defendant's unopposed motion to continue the trial date and extend the pretrial motions deadline, as well as Mr. Norman's knowing and voluntary speedy trial waiver. The Court grants the unopposed motion and finds that:

1. Taking into account the exercise of due diligence, not granting a continuance in this case would deny Mr. Norman's counsel reasonable time necessary for effective preparation of this case given that this case involves allegations of conduct on two separate dates, and given counsel's need for additional time to review and analyze discovery materials and to conduct investigation so that counsel can effectively advise Mr. Norman, research and draft pretrial motions, and prepare for trial. 18 U.S.C. § 3161(h)(7)(B)(iv).

2. Given the considerations outlined above, the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a more speedy trial, based upon the Court's evaluation of relevant factors pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL &
PRETRIAL MOTIONS DEADLINE  - 1
(*Roger Lee Norman*; CR14-354RSM)

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1     IT IS THEREFORE ORDERED that the trial date in this matter shall be continued
2 to June 1, 2015, and that pretrial motions shall be filed no later than April 20, 2015. The
3 period of delay from the date of this order to the new trial date is excluded under 18
4 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(ii), and (h)(7)(B)(iv).
5     DATED this 18th day of February 2015.

8     RICARDO S. MARTINEZ
      UNITED STATES DISTRICT JUDGE

11 Presented by:

12 s/ *Vanessa Pai-Thompson*
13 Assistant Federal Public Defender
   Attorney for Roger Lee Norman

---

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL &
PRETRIAL MOTIONS DEADLINE   - 2
(*Roger Lee Norman*; CR14-354RSM)

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100